CCN 253534A00041

# United States District Court Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS21 | E 1053514 | LIMA, D. | L5558 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 02/16/2025 2:14 PM
Offense Charged: ☐ CFR ☑ USC ☐ State Code — TITLE 18 USC SEC 13

Place of Offense: NAVAL WEAPON STATION SEAL BEACH DETATCHMENT FALLBROOK

Offense Description: Factual Basis for Charge — HAZMAT ☐

CVC 24160(A) IMPROPER PASSING (SOLID DOUBLE YELLOW)

### DEFENDANT INFORMATION

Last Name: CHAVEZ
First Name: JOEY

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 7FYH996 | CA | 2013 | TOYOTA AVALON | | BLUE |

APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL
B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.
$ 238 Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT AT www.cvb.uscourts.gov
$ 268 Total Collateral Due

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: 333 W BROADWAY SAN DIEGO, CA 92101
Date: ____  Time: ____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed]

Original - CVB Copy

*E1053514*

---

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the _____ District of _____

"SEE ATTACHED"

The foregoing statement is based upon:
☑ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/16/2025  Officer's Signature: [signed]

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____  Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident